UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NOS.  CR-06-2118-WFN-1 |
| Plaintiff, | ) | CR-06-2135-WFN-1 |
| | ) | |
| -vs- | ) | ORDER DISMISSING |
| SANTOS PETER MURILLO, | ) | INDICTMENTS |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the Indictments in the above-entitled matters are DISMISSED WITH PREJUDICE.  The Court makes no judgment as to the merit or wisdom of this dismissal.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 8th day of January, 2007.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

01-05

ORDER DISMISSING
INDICTMENTS